UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:16-00192 |
| | ) | **Judge Sharp** |
| **CHRISTOPHER CARDENAS** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 31) filed by Defendant Christopher Cardenas is hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE