# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:16-00192 |
| | ) | Judge Sharp |
| CHRISTOPHER CARDENAS | ) | |

# ORDER

For the reasons set forth in the accompanying Memorandum, the Third Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docket No. 48) filed by Defendant Christopher Cardenas is hereby DENIED. Trial in this case will begin at 9:00 a.m. on February 14, 2017.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE